AWO

FILED IN OPEN COURT

MAR 29 2012

CHARLES R. DIARD, JR.
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-00059-KD |
|---|---|---|
| | * | USAO NO. 11R00740 |
| v. | * | |
| | * | VIOLATION: |
| TAMMY GREENE | * | 29 USC § 501(c) |
| | * | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

From in or about September 2008 to in or about December 2009, in the Southern District of Alabama, Northern Division, and elsewhere, the defendant,

**TAMMY GREENE,**

while an officer, that is, financial secretary, of IUE-CWA Local Union 83793, a labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to her own use, and the use of another, the moneys, funds, securities, property and other assets of said labor organization in the approximate amount of $31,076.07.

In violation of Title 29, United States Code, Section 501(c).

A TRUE BILL

▮▮▮▮▮▮▮▮▮▮▮▮

FOREMAN, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

KENYEN R. BROWN
UNITED STATES ATTORNEY
By:

_____
Adam W. Overstreet
Assistant U.S. Attorney

_____
John G. Cherry
Assistant U.S. Attorney
Chief, Criminal Division          MARCH 2012